THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Gene C. McBride, Appellant.
 
 
 

Appeal From Marion County
Thomas W. Cooper, Jr., Circuit Court Judge

Unpublished Opinion No.  2006-UP-064
Submitted January 3, 2006  Filed January 26, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, Office of the Attorney General, all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Gene C. McBride appeals his conviction for distribution of crack cocaine.  He argues the trial court erred in refusing to declare a mistrial after the State failed to disclose exculpatory evidence in violation of Brady v. Maryland, 373 U.S. 83 (1963).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] McBrides appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.